**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **CATALINO VILLEGAS, JOSE B. JOYA, ERICK CASTRO, JORGE REYES, WALTER ALONSO ORTEGA, ARCESIO BECERRA, J. JESUS CONTRERAS and ANTONIO FERNANDEZ, Individually and On Behalf of All Others Similarly Situated,** | § § § § § § § § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:13-cv-00320** |
| | § | |
| **GRACE DISPOSAL SYSTEMS, LLC d/b/a ROYAL DISPOSAL & RECYCLING, ROYAL DISPOSAL and RECYCLE, LLC., DAVID HANNA and CHARLES C. GREGORY, III,** | § § § § § § § | **JURY DEMANDED** |
| | § | |
| *Defendants*. | | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

Pending before the Court is Plaintiffs' Motion for Conditional Certification. After consideration of the motion, response, and arguments of counsel, if any, the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Conditional Certification is GRANTED.

IT IS FURTHER ORDERED that the Notice and Notice of Consent attached as **Exhibit A** to Plaintiffs' Motion for Conditional Certification are hereby approved. Plaintiffs are

*1*

permitted to mail the notice attached as Exhibit A along with a self-addressed stamped return envelope to Kennard, Blankenship & Robinson, P.C., to potential opt-in class members. Defendants shall, within seven (7) days of the signing of this Order, provide Plaintiffs' counsel with the names and addresses of all individuals employed by Defendants during the three-year period before this lawsuit was filed.  Furthermore, Defendants shall, within three (3) days of the entry of this Order, place the Notice and Notice of Consent, attached as Exhibit A to Plaintiffs' Motion for Conditional Certification at business locations in areas that are plainly visible to all employees.  The potential plaintiffs will have forty-five (45) days from the date the first notices are mailed to file their notices of consent with the Court.

Signed this _____ day of _____, 2013.

_____
HONORABLE GRAY H. MILLER
UNITED STATES JUDGE

*2*